## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NORMA JEAN JOHNSON**                                                                                    **PLAINTIFF**

**v.**                              **Case No. 4:21-cv-01167-KGB**

**ARKANSAS DEPARTMENT OF TRANSPORTATION**                                    **DEFENDANT**

### ORDER

Before the Court is the status of this case. *Pro se* plaintiff Norma J. Johnson submitted a status report indicating that she continues to receive treatment at the Department of Veterans Affairs and will move to outpatient therapy on July 25, 2023 (Dkt. No. 28). Given the representations made in Ms. Johnson's status update, the Court, on its own motion, extends by an additional 30 days the previously ordered stay of proceedings, up to and including August 30, 2023. The Court also orders Ms. Johnson to file another status update by August 30, 2023, informing the Court as to whether her treatment has concluded and whether she will seek an another stay of proceedings.

It is so ordered this 27th day of June, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge